IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUPIN ATLANTIS HOLDINGS S.A., <br><br> *Plaintiff,* <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS INC., RANBAXY, INC. and ETHYPHARM S.A., <br><br> *Defendants.* | ECF Case <br><br> Case Nos. 2:11-CV-03851 (JSR) and 2:11-CV-03894 (JSR) <br><br> Case No. 1:11-md-2241 (JSR)(THK) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

### STIPULATION OF DISMISSAL

Plaintiff Lupin Atlantis Holdings S.A. ("Lupin") hereby stipulates, by and through its attorneys, that any and all of its claims against Defendants Ranbaxy Laboratories Limited ("RLL"), Ranbaxy Inc. ("RI") and Ranbaxy Pharmaceuticals Inc. ("RPI," and collectively with RLL and RI, "Ranbaxy") in the above-captioned actions are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Defendant Ranbaxy hereby stipulates, by and through their attorneys, that any and all of their respective claims, counterclaims and defenses against Plaintiff Lupin and cross-claims against Defendant Ethypharm S.A. ("Ethypharm") in the above-captioned actions are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Defendant Ethypharm hereby stipulates, by and through its attorneys, that any and all of its defenses against Defendant Ranbaxy in the above-captioned actions are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff and

Defendants agree that each shall bear and assume their own costs and expenses, including attorneys' fees.

**IT IS SO STIPULATED:**

By: _____

Joseph V. DeMarco
Amin Kassam
DEVORE & DEMARCO LLP
99 Park Avenue, 16th Floor
New York, NY 10016
(212) 922-9499


Robert F. Green
Christopher T. Griffith
Jamaica P. Szeliga
Kate M. Lesciotto
Jessica M. Tyrus
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
(312) 616-5600

*Attorneys for Plaintiff Lupin Atlantis Holdings, S.A.*

By: __W. R. _____

William R. Zimmerman
KNOBBE MARTENS OLSON & BEAR LLP
1717 Pennsylvania Ave, Suite 900
Washington, D.C. 20006
(202) 640-6400

Benjamin A. Katzenellenbogen
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Joseph E. Wolfson
STEVENS & LEE
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
(610) 205-6019

Bradley L. Mitchell
STEVENS & LEE
Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648
(609) 987-6680

*Attorneys for Defendants Ranbaxy Laboratories Limited, Ranbaxy, Inc., and Ranbaxy Pharmaceuticals Inc.*

By: *[signature]*

Paul A. Ragusa
Lisa Kole
Jennifer Tempesta
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10021
(212) 408-2500

*Attorneys for Defendant Ethypharm, S.A.*

**SO ORDERED:**

This __11th__ day of __December__, 2011.

_____
Honorable Jed S. Rakoff,
United States District Judge