NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE FENOFIBRATE PATENT LITIGATION

-------------------------------------------------------

**LUPIN ATLANTIS HOLDINGS S.A.,**
*Plaintiff-Appellant,*

v.

**MYLAN INC.** AND **MYLAN PHARMACEUTICALS INC.,**
*Defendants-Appellees,*

AND

**ETHYPHARM S.A.,**
*Defendant.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 7, 2013

2013-1141

Appeal from the United States District Court for the Southern District of New York in case nos. 11-MD-2241, 11-CV-3861, and 11-CV-3893, Judge Jed S. Rakoff.

**ON MOTION**

Before REYNA, *Circuit Judge.*

**O R D E R**

Lupin Atlantis Holdings S.A.'s (Lupin) submits a motion for an injunction, pending appeal, to prevent Mylan Inc. et al. (Mylan) from launching generic copies of Lupin's Antara® drug.

Upon consideration thereof,

IT IS ORDERED THAT:

Mylan is enjoined from launching a generic version of the Antara® drug pending the court's consideration of the papers submitted.

For The Court

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26