# United States Court of Appeals for the Federal Circuit

---

**IN RE FENOFIBRATE PATENT LITIGATION**

---

**LUPIN ATLANTIS HOLDINGS S.A.,**
*Plaintiff-Appellant,*

v.

**MYLAN INC. AND MYLAN PHARMACEUTICALS INC.,**
*Defendants-Appellees,*

AND

**ETHYPHARM, S.A.,**
*Defendant.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 28, 2013

---

2013-1141

---

Appeal from the United States District Court for the Southern District of New York in Nos. 11-MD-2241, 11-CV-3861, and 11-CV-3893, Judge Jed S. Rakoff.

---

**JUDGMENT**

---

ROBERT F. GREEN, Leydig, Voit & Mayer, Ltd, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were CHRISTOPHER T. GRIFFITH and KATE M. LESCIOTTO; and JAMAICA P. SZELIGA, of Washington, DC. Of counsel was JESSICA M. TYRUS.

JAMES H. WALLACE, JR., Wiley Rein LLP, of Washington, DC, argued for defedants-appellees. With him on the brief were MARK A. PACELLA, ROBERT J. SCHEFFEL, CLAIRE J. EVANS, KARIN A. HESSLER, and ADRIENNE G. JOHNSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>February 28, 2013</u>     <u>/s/ Jan Horbaly</u>
      Date                               Jan Horbaly
                                       Clerk